DENIED as moot.
SO ORDERED.
Dated: 6/15/2026

IN THE UNITED STATES DISTRICT COURT

*P. Kevin Castel*

P. Kevin Castel
United States District Judge

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED OMAIS SERHAN, PRO SE<br><br>THE PETITIONER,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>THE RESPONDENT. | CASE NOS. 24 Cv. 9234 (PKC)<br><br>19 Cr. 0764 (PKC) |

MR. SERHAN'S MOTION REQUESTING STATUS OF HIS §2255 PROCEEDINGS

TO THE HONORABLE JUDGE,

P. KEVIN CASTEL:

a.      COMES NOW, Ahmed Omais Serhan, henceforth, Mr. Serhan, a PRO SE litigant who most humbly and respectfully moves this Honorable Court to provide him the "status" of his §2255 proceedings.

1. Mr. Serhan submitted his reply brief on October of 2025. Nevertheless, after almost 6-months, he has not received any for of communication from the Court.

2. Thus, because Mr. Serhan has complied with every Court order and has timely filed all his pleadings. He contends that this case requires an evidentiary hearing, thus, he requests the appointment of counsel to assist him on this stage forward. Additionally, he asks to be allowed the opportunity to face his accusers during such hearing.

b.      WHEREFORE, above premises considered, Mr. Serhan humbly asks for this Motion to be GRANTED and be informed about the status of his §2255 proceedings and to be appointed counsel.

Respectfully submitted on this 27 day of April, 2026.     *Ahmed Omais SERHAN*

Ahmed Omais Serhan, PRO SE
Reg. No. 45271-509

CERTIFICATE OF SERVICE

a.      I, AHMED OMAIS SERHAN, do hereby CERTIFY that on April 27, 2026, I

mailed one true and correct copy of the foregoing instrument to the AUSA on

record to the address below:

> KAYLAN E. LASKY / ELINOR L. TARLOW
> ASSISTANT U.S. ATTORNEYS
> 26 FEDERAL PLAZA, 38TH FLOOR
> NEW YORK, NEW YORK 10278

b.      The foregoing was deposited in the legal mail bin as provided to inmates

at FCI Oxford, Wisconsin. First Class postage, prepaid, affixed thereto.

c.      It was mailed to the Clerk of the Court via USPS Certified Mail

tracking No.   9589 0710 5270 2237 3438 34

d.      It was mailed to the AUSAs Lasky and Tarlow via U.S. Mail.


Executed on this ___ day of April, 2026

_Ahmed Omais SERHAN_

AHMED OMAIS SERHAN, PRO SE

REG. NO. 45271-509

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1000

OXFORD, WISCONSIN 53952



Case 1:24-cv-09234-PKC   Document 19   Filed 06/05/26   Page 3 of 4

AHMED SERHAN
REG. NO. 45271-509
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD, WISCONSIN 53952

CERTIFIED MAIL

9589 0710 5270 2237 3438 34

MILWAUKEE WI 5
28 APR 2026 PM 1

⇔45271-509⇔
Clerk Of The Court
United States Courthouse
500 Pearl ST
NEW YORK, NY 10007-1312
United States

USM PS
SDNY

RECEIVED
MAY 1 - 2026
CLERK'S OFFICE
S.D.N.Y.

Date 4-27-06

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has justification, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to:

FEDERAL CORRECTIONAL INSTITUTION
OXFORD, WISCONSIN 53952

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE.